UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID L. SPEARS

    Plaintiff,

vs.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No. 2:16-cv-00797-RSL

**ORDER FOR EAJA ATTORNEY FEES, COSTS AND EXPENSES**

NOTE ON MOTION CALENDAR
April 27, 2017 *without oral argument*

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $3,750.00 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). This award is based on 19.46 hours of attorney work in 2016-2017 at a rate of 192.68 per hour. No expenses or costs are awarded. Any check for EAJA fees shall be made payable to the order of Plaintiff, DAVID L. SPEARS, and mailed to Plaintiff's counsel, Debra J. Venhaus, at the following address: P.O. Box 12488, Mill Creek, WA 98082.

DATED this 2nd day of May, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK

ORDER FOR EAJA FEES, COSTS AND EXPENSES
2:16-cv-00797-RSL - 1